RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/8/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARLON P. BRAMWELL<br>FED. REG. #37553-004 | CIVIL ACTION NO. 3:12-cv-0078 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN, F.C.I., McDOWELL | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that Petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

MONROE, LOUISIANA, this 8 day of June, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE